# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153155-6

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DERRICK SHOMARI HOLOMAN,
      Defendant-Appellant.

SC: 153155
COA: 319993
Oakland CC: 2013-245247-FH

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

VERTRECE LEO SHEPARD WELLS,
      Defendant-Appellant.

SC: 153156
COA: 319994
Oakland CC: 2013-245261-FH

_____/

On order of the Court, the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2017



Clerk

s0531